Argued January 18, affirmed January 31, 1977

In the Matter of W., a Minor Child.
STATE ex rel JUVENILE DEPARTMENT OF
MULTNOMAH COUNTY, *Respondent,*

*v.*

W., a Minor Child, *Appellant.*
(No. 57,387, CA 6782)
559 P2d 528

Kathleen Nachtigal, Juvenile Law Center, Portland, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Donald L. Paillette, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM.

## PER CURIAM.

In this juvenile proceeding the minor seeks a reversal of the finding that he was within the jurisdiction of the court by virtue of having committed manslaughter. Relying upon our duty to review de novo, his sole contention is that, contrary to the trial judge's finding, he did not use force beyond that necessary to defend himself. Determination of this issue necessarily involves determining the state of mind of the juvenile at the crucial time. As is the case with regard to credibility, such a determination must be, in large part, made on the basis of the impression made by the witness. Thus, in this type of situation, as in *State ex rel Juv. Dept. v. H.,* 28 Or App 75, 558 P2d 856 (1977), we give great weight to the trial judge who sees and hears witnesses.

Affirmed.